Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
Michael B. Dvoren (#027386)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet:  rjmiller@bryancave.com
         kyle.hirsch@bryancave.com
         michael.dvoren@bryancave.com

Counsel for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ESKANDER KHAMOOSHPOUR,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-21773-EWH<br><br>**NOTICE OF LODGING ORDER QUASHING 2004 ORDER AND SUBPOENA ISSUED PURSUANT THERETO** |

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule of Bankruptcy Procedure 9022-1, U.S. Bank National Association, as Trustee for Certificateholders of Bear Sterns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2005-AC8, by and through counsel undersigned, hereby lodges the form of *Order Quashing 2004 Order and Subpoena Issued Pursuant Thereto* ("Order"), which was uploaded this date. A copy of the Order is attached hereto as Exhibit "A."

689374.1 [0194535]

RESPECTFULLY SUBMITTED this 21st day of April, 2011.

**BRYAN CAVE LLP**

By: /s/ KSH, 024155
    Robert J. Miller
    Kyle S. Hirsch
    Michael B. Dvoren
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona 85004
    Counsel for U.S. Bank National Association, as Trustee

COPY of the foregoing served via email this 21st day of April, 2011, upon:

Douglas C. Rhoads
RHOADS & ASSOCIATES, PLC
3844 North 32nd Street, Suite 1
Phoenix, AZ 85018
Email: rhoadsassoc@gmail.com
Attorneys for Debtor

Christopher J. Pattock
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85004
Christopher.j.pattock@usdoj.gov


/s/ Donna McGinnis

689166.2 [0194535]

2

# EXHIBIT A

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ESKANDER KHAMOOSHPOUR,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-21773-EWH<br><br>**ORDER QUASHING 2004 ORDER AND SUBPOENA ISSUED PURSUANT THERETO**<br><br>Date of Hearing: April 21, 2011<br>Time of Hearing: 10:00 a.m.<br>Hearing Location: 230 N. First Ave., 6th Floor,<br>Courtroom 602, Phoenix, AZ |

This matter came before the Court pursuant to the *Motion For Entry Of An Order Quashing 2004 Order And Subpoena Issued Pursuant Thereto* ("**Motion**") filed on April 18, 2011 by U.S. Bank National Association, as Trustee for Certificateholders of Bear Sterns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2005-AC8 ("**US Bank**") in the above-captioned bankruptcy proceeding. The Court scheduled the Motion for hearing on an expedited basis, to take place on April 21, 2011 at 10:00 a.m. ("**Hearing**"). Counsel for US Bank and counsel for Eskander Khamooshpour, the debtor and debtor-in-possession ("**Debtor**"), appeared at the hearing.

Based on the Motion, the arguments presented by counsel at the Hearing, and the entire record before the Court, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted;

689365.1 [0194535]

2. The Court's *Order Granting Debtor's Motion For Entry Of Order Authorizing The Examination Of And Requiring The Production Of Documents By U.S. Bank Pursuant To Fed. R. Bankr. P. 2004 And 9016* entered on April 1, 2011 at Docket Entry No. 89 ("**2004 Order**") is hereby quashed, and US Bank is hereby relieved of all obligations to comply with the 2004 Order.

3. The *Subpoena For Rule 2004 Examination* issued on April 5, 2011, by counsel for the Debtor upon US Bank ("**Subpoena**"), commanding US Bank to produce documents and appear to testify pursuant to the 2004 Order, is hereby quashed, and US Bank is hereby relieved of all obligations to comply with the Subpoena.

**DATED AND SIGNED ABOVE.**

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000